■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINVAL THOMPSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered February 25, 1987, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed, and the case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (5).

The trial court properly denied the defendant's motion for a *Wade* hearing. The station house viewing of the defendant by the undercover officer who a day earlier had made a "buy" from him was not for identification but solely to confirm that the proper person had been arrested *(see, People v Morales,* 37 NY2d 262).

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We find that the sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. Thompson, J. P., Lawrence, Eiber and Spatt, JJ., concur.